Ray E. Lane, Appellee, v. William Estep and Dora Estep, Appellants.

Gen. No. 45,228.

Frederick J. Bertram, for appellants; Thomas J. Finnegan, for appellee. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed January 29, 1951; rehearing denied February 9, 1951; released for publication March 2, 1951.

In re Estate of Martha Czech Kritsch, Deceased. Henry O. Czech, Individually and Conservator of Estate of Else Czech, Incompetent et al., Appellants, v. Gustav E. Kritsch, Appellee.

Gen. No. 45,239.